UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JODIE L. MALICKI
on behalf of herself and all
others similarly situated,

      Plaintiff,

v.

LEMAN U.S.A., INC.,
a Domestic Corporation

      Defendant.

Case No. 17-cv-1674

---

## STIPULATION

The parties to this action, Plaintiff, Jodie Malicki, by and through her attorneys, Walcheske & Luzi, LLC, and Defendant, Leman U.S.A., Inc., by and though its attorneys, DeMark, Kolbe & Brodek, S.C., each authorized to do so, do stipulate and agree as follows:

1. That Defendant's response to *Plaintiff's Motion for Conditional Certification and Authorization of Notice to Similarly-Situated Persons Pursuant to 29 U.S.C. § 216(b)* (ECF No. 23) be filed on or before January 21, 2019.

2. That any reply by Plaintiff be filed within 14 days of Defendant's response.

3. That the March 13, 2018 *Scheduling Order* (ECF No. 16) be suspended until such time as the Court rules on *Plaintiff's Motion for Conditional Certification and Authorization of Notice to Similarly-Situated Persons Pursuant to 29 U.S.C. § 216(b)* (ECF No. 23).

Dated this 30th day of November, 2018.

        WALCHESKE & LUZI, LLC
        Attorneys for Plaintiff

        By: s/ *David M. Potteiger*
            David M. Potteiger
            State Bar No. 1067009
            dpotteiger@walcheskeluzi.com

Dated this 30th day of November, 2018.

        DeMARK, KOLBE & BRODEK, S.C.
        Attorneys for Defendant

        By: s/ *Christopher J. Conrad*
            Christopher J. Conrad
            State Bar No. 1011743
            chrisc@dkblaw.com