# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JODIE L. MALICKI**,

                        Plaintiff,       Case No. 17-CV-1674

v.

**MINUTE SHEET**

**LEMAN USA, INC**.,

                        Defendant.

---

**Hon. Nancy Joseph, presiding.**          **Deputy Clerk:** Becky Ray

**Type of Proceeding:** TELEPHONIC STATUS CONFERENCE RE ECF NO. 58

**Date:** March 5, 2019 at 10:00 AM         **Court Reporter:** Liberty

**Time Commenced:** 10:04:46 AM         **Time Concluded:** 10:11:08 AM

| **Appearances:** | **Plaintiff:** | David Potteiger |
| | **Defendant:** | Christopher Conrad |

**Comments:**
Plaintiff suggests moving all deadlines the 81 days the case was stayed. Defendant does not object.

The Court notes there is a motion for reconsideration pending. The parties are to confer to discuss proposed dates and submit a stipulation.