

March 18, 2019

**VIA ELECTRONIC FILING**

Honorable Nancy Joseph
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    RE: *Malicki v. Leman USA, Inc.*
          Case No. 17-CV-1674

Dear Judge Joseph:

LEMAN, USA, Inc. is in receipt of Ms. Malicki's February 26, 2019 Motion for Reconsideration. That motion simply re-argues what has already been decided, claiming that the Court "misapprehended" the law and the facts presented. The Court's decision examined in detail the presented facts in support of its decision, and LEMAN, USA does not believe that any response it may file would assist the Court in reaching a decision.

    Very truly yours,

    DeMARK, KOLBE & BRODEK, S.C.

    */s/ Christopher J. Conrad*
By:
    Christopher J. Conrad
    chrisc@dkblaw.com

CJC/ck

cc:    Attorney David Potteiger (via e-file)

dkblaw.com

Phone:
(262) 886-9720

Fax:
(262) 886-3074

7418 Washington Ave.
Racine, WI 53406

DeMark, Kolbe & Brodek
A Limited Liability S.C.

380483-11948