UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JODIE L. MALICKI
on behalf of herself and all
others similarly situated,

        Plaintiff,

v.

LEMAN U.S.A., INC.,
a Domestic Corporation

        Defendant.

Case No. 17-cv-1674

---

## STIPULATION TO AMEND SCHEDULING ORDER

---

The parties to this action, Plaintiff, Jodie Malicki, by and through her attorneys, Walcheske & Luzi, LLC, and Defendant, Leman U.S.A., Inc., by and though its attorneys, DeMark, Kolbe & Brodek, S.C., each authorized to do so, do stipulate and agree as follows:

1. That the March 13, 2018 *Scheduling Order* (ECF No. 16) be amended as follows:

   a. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before April 5, 2019. Defendant shall disclose expert witnesses on or before June 3, 2019.

   b. Plaintiff's motion for class certification shall be filed no later than May 3, 2019.

c. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than September 30, 2019.

d. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than September 30, 2019. Such motions shall not be filed prior to the date of completion of discovery.

Dated this 19th day of March, 2019.

        WALCHESKE & LUZI, LLC
        Attorneys for Plaintiff

        By: s/ *David M. Potteiger*
            David M. Potteiger
            State Bar No. 1067009
            dpotteiger@walcheskeluzi.com

Dated this 19th day of March, 2019.

        DeMARK, KOLBE & BRODEK, S.C.
        Attorneys for Defendant

        By: s/ *Christopher J. Conrad*
            Christopher J. Conrad
            State Bar No. 1011743
            chrisc@dkblaw.com