

July 12, 2019

**VIA E-FILE**

Honorable Nancy Joseph
Eastern District of Wisconsin
United States Federal Building
517 E. Wisconsin Ave. #362
Milwaukee, WI 53202

      RE:    *Malicki v. Leman USA, Inc.*
                  Case No. 17-CV-1674

Dear Magistrate Joseph:

Please be advised that the parties to his case have reached a verbal resolution of the pending claims. We are putting together the necessary settlement documents and hope to have those to the Court within the next several weeks. Should, for some reason, we require additional assistance from the Court, we will advise.

                                          Very truly yours,

                                          DeMARK, KOLBE & BRODEK, S.C.

                                          */s/ Christopher J. Conrad*
                                  By:
                                          Christopher J. Conrad
                                          chrisc@dkblaw.com

CJC/ck

dkblaw.com

Phone:
(262) 886-9720

Fax:
(262) 886-3074

7418 Washington Ave.
Racine, WI 53406

DeMark, Kolbe & Brodek
A Limited Liability S.C.

383828-11948